United States Bankruptcy Court
Middle District of Florida

In re:                                                                                    Case No. 25-01874-TPG
Walter Enrique Cubillan Villalobos                                                        Chapter 7
Emilu Cristela De Jes Arrias Anez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 113A-6                    User: admin                              Page 1 of 4
Date Rcvd: Apr 03, 2025                 Form ID: 309A                         Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Walter Enrique Cubillan Villalobos, Emilu Cristela De Jes Arrias Anez, 1918 Island Cir Apt. 102, Kissimmee, FL 34741-1929 |
| 31512414 | + | APH LLP, PO Box 7389, Marietta, GA 30065-1389 |
| 31512422 | + | Client Service, Inc, 514 Earth City Expy Ste 310, Earth City, MO 63045-1303 |
| 31512435 | + | Elastic, P O Box 950276, Louisville, KY 40295-0276 |
| 31512436 | + | Faba International, 3491 W Vine St, Kissimmee, FL 34741-4668 |
| 31512461 | + | The Bureaus Inc, PO Box 4115, Concord, CA 94524-4115 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: wfbenenati@gmail.com | Apr 03 2025 22:28:00 | Walter F Benenati, Benenati Law Firm A Professional Associa, 2702 E Robinson Street, Orlando, FL 32803 |
| tr | + | EDI: BLPATTON | Apr 04 2025 02:49:00 | Lori Patton, Lori Patton, Trustee, 377 Maitland Ave, Ste 1002, Altamonte Springs, FL 32701-5442 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Apr 03 2025 22:29:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 31512412 | ^ | MEBN | Apr 03 2025 22:28:57 | Advent Health, PO Box 105572, Atlanta, GA 30348-5572 |
| 31512413 | ^ | MEBN | Apr 03 2025 22:26:31 | Aldrige Pite Haan, LLP, 5300 West Atlantic Ave, Ste 303, Delray Beach, FL 33484-8141 |
| 31512415 | + | Email/Text: bk@avant.com | Apr 03 2025 22:30:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 31512416 | + | EDI: BANKAMER | Apr 04 2025 02:49:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 31512429 | | Email/Text: cfcbackoffice@contfinco.com | Apr 03 2025 22:29:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 31512431 | | Email/Text: correspondence@credit-control.rd | Apr 03 2025 22:29:00 | Credit Control LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 31512417 | + | Email/Text: cms-bk@cms-collect.com | Apr 03 2025 22:29:00 | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 31512418 | + | EDI: CAPITALONE.COM | Apr 04 2025 02:49:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 31512419 | + | EDI: CAPITALONE.COM | Apr 04 2025 02:49:00 | Capital One/bass Pro, Attn: Bankruptcy, Po Box |

| | | | | |
|---|---|---|---|---|
| | | | | 30285, Salt Lake City, UT 84130-0285 |
| 31512420 | ^ | MEBN | Apr 03 2025 22:26:56 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 31512421 | + | EDI: CITICORP | Apr 04 2025 02:49:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 31512423 | + | EDI: WFNNB.COM | Apr 04 2025 02:49:00 | Comenity Bank/Breadrwds, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 31512424 | + | EDI: WFNNB.COM | Apr 04 2025 02:49:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 31512425 | + | EDI: WFNNB.COM | Apr 04 2025 02:49:00 | Comenity Bank/Victorias Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 31512426 | + | EDI: WFNNB.COM | Apr 04 2025 02:49:00 | Comenity/Carter, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 31512427 | + | EDI: WFNNB.COM | Apr 04 2025 02:49:00 | Comenitycapital/ross, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 31512428 | + | EDI: PHINGENESIS | Apr 04 2025 02:49:00 | Concora Credit, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 31512430 | + | EDI: CITICORP | Apr 04 2025 02:49:00 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 31512433 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 03 2025 22:31:49 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 31512434 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 03 2025 22:32:39 | Credit One Bank, P O Box 98873, Las Vegas, NV 89193-8873 |
| 31512437 | | Email/Text: BNSFN@capitalsvcs.com | Apr 03 2025 22:29:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 31512438 | | Email/Text: BNSFN@capitalsvcs.com | Apr 03 2025 22:29:00 | First National Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 31512439 | | Email/Text: BNSFS@capitalsvcs.com | Apr 03 2025 22:29:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 31512410 | | EDI: FLDEPREV.COM | Apr 04 2025 02:49:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 31512440 | + | EDI: PHINGENESIS | Apr 04 2025 02:49:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 31512441 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 03 2025 22:29:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 31512442 | | Email/Text: bankruptcynotices@hycite.com | Apr 03 2025 22:29:00 | Hy Cite Enterprises, LLC., Attn: Bankruptcy, 3252 Pleasant View Road, Middleton, WI 53562 |
| 31512411 | | EDI: IRS.COM | Apr 04 2025 02:49:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 31512444 | + | EDI: JPMORGANCHASE | Apr 04 2025 02:49:00 | JPMorgan Chase Bank, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 31512443 | + | EDI: JEFFERSONCAP.COM | Apr 04 2025 02:49:00 | Jefferons Capital Systems LL, Dept #6419, PO BOX 11407, Birmingham, AL 35246-3035 |
| 31512447 | | Email/Text: ml-ebn@missionlane.com | Apr 03 2025 22:28:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 31512445 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 03 2025 22:29:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 31512446 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 03 2025 22:30:00 | Midland Credit Management, 350 Camino de La Reina, Suite 100, San Diego, CA 92108-3007 |

| | | | |
|---|---|---|---|
| 31512448 | Email/Text: bankruptcy@oportun.com | Apr 03 2025 22:28:00 | Oportun, Attn: Bankruptcy, 2 Circle Star Way, San Carlos, CA 94070 |
| 31512449 | Email/Text: bankruptcy@oportun.com | Apr 03 2025 22:28:00 | Oportun, Attn: Bankruptcy, Po Box 560698, The Colony, TX 75056 |
| 31512409 | Email/Text: taxbankruptcy@osceola.org | Apr 03 2025 22:30:00 | Osceola County Tax Collector, Post Office Box 422105, Kissimmee FL 34742-2105 |
| 31512452 | + Email/Text: bk@rgsfinancial.com | Apr 03 2025 22:28:00 | RGS Financial Inc, 1700 Jay Eli Drive, Suite 200, Richardson, TX 75081-6788 |
| 31512450 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2025 22:32:38 | Resurgent Capital, PO Box 510090, Livonia, MI 48151-6090 |
| 31512451 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2025 22:31:54 | Resurgent Capital Serices, PO Box 510090, Livonia, MI 48151-6090 |
| 31512454 | + Email/Text: bankruptcy@sunrisecreditservices.com | Apr 03 2025 22:29:00 | Sunrise Credit Service, 234 Airport Plaza Blvd S, Farmingdale, NY 11735-3938 |
| 31512453 | + Email/Text: bankruptcy@sunrisecreditservices.com | Apr 03 2025 22:29:00 | Sunrise Credit Service, PO Box 9004, Melville, NY 11747-9004 |
| 31512456 | + EDI: SYNC | Apr 04 2025 02:49:00 | Syncb/Rooms To Go, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 31512457 | + EDI: SYNC | Apr 04 2025 02:49:00 | Syncb/Walgreens, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 31512455 | + EDI: SYNC | Apr 04 2025 02:49:00 | Syncb/at Home Plcc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 31512458 | + EDI: SYNC | Apr 04 2025 02:49:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 31512459 | + EDI: SYNC | Apr 04 2025 02:49:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 31512460 | + EDI: SYNC | Apr 04 2025 02:49:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 31512462 | + EDI: Q3GTBI | Apr 04 2025 02:49:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 31512463 | + Email/Text: media@trueaccord.com | Apr 03 2025 22:30:00 | TrueAccord, 303 2nd Street, Suite 750 South, San Francisco, CA 94107-1366 |
| 31512464 | + EDI: AGFINANCE.COM | Apr 04 2025 02:49:00 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 31512465 | + Email/Text: bankruptcy@wofco.com | Apr 03 2025 22:28:00 | World Omni Financial Corp., Attn: Bankruptcy, 6150 Omni Park Drive, Mobile, AL 36609-5195 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31517224 | | REEF CLUB APARTMENT |
| 31512432 | *P++ | CREDIT CONTROL LLC, ATTN CORRESPONDENCE, 3300 RIDER TRAIL S, SUITE 500, EARTH CITY MO 63045-1338, address filed with court:, Credit Control, LLC, 3300 Rider Trail S Suite 500, Earth City, MO 63045 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 113A-6                          User: admin                                    Page 4 of 4
Date Rcvd: Apr 03, 2025                  Form ID: 309A                          Total Noticed: 60

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2025                          Signature:          /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Walter Enrique Cubillan Villalobos**<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–3465 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | **Emilu Cristela De Jes Arrias Anez**<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–2794 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Middle District of Florida | Date case filed for chapter: | 7  4/1/25 |
| Case number: | **6:25–bk–01874–TPG** | Date Notice Issued: | **4/3/25** |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Walter Enrique Cubillan Villalobos | Emilu Cristela De Jes Arrias Anez |
| 2. | **All other names used in the last 8 years** | | aka Emilu De Jesus Arrias Anez |
| 3. | **Address** | 1918 Island Cir Apt. 102<br>Kissimmee, FL 34741 | 1918 Island Cir Apt. 102<br>Kissimmee, FL 34741 |
| 4. | **Debtor's attorney**<br>Name and address | Walter F Benenati<br>Benenati Law Firm A Professional Association<br>2702 E Robinson Street<br>Orlando, FL 32803 | Contact phone 407–777–7777<br><br>Email:  wfbenenati@gmail.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Lori Patton<br>Lori Patton, Trustee<br>377 Maitland Ave<br>Ste 1002<br>Altamonte Springs, FL 32701 | Contact phone 407–937–0936 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Debtor **Walter Enrique Cubillan Villalobos** and **Emilu Cristela De Jes Arrias Anez**

Case number **6:25–bk–01874–TPG**

---

| 6. | **Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Office Hours: 8:30 AM to 4:00 PM<br>Monday through Friday<br><br>Contact phone: 813–301–5319 |
|---|---|---|---|

**\*\*\*You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse.\*\*\***

---

| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 1, 2025 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location of Meeting:**<br>Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 316 605 1511, and passcode 3676451994, or call 321–758–1627 |
|---|---|---|---|

**\*\*\* Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. \*\*\***
**\*\*\* For additional meeting information go to https://www.justice.gov/ust/moc \*\*\***

---

| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |
|---|---|---|

---

| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** June 30, 2025 |
|---|---|---|---|
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

---

| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|

---

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

---

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

---

| 13. | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 866–222–8029. |
|---|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**